```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 01054
   GEORGE D MCLIN
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9965

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/07/2006 and was confirmed 03/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED             943.48          .00          564.39
FMS INC                    NOTICE ONLY             .00           .00             .00
ROUNDUP FUNDING LLC        UNSECURED             976.43          .00          584.08
NICOR GAS                  UNSECURED        NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED            5978.92          .00         3576.51
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            1326.14          .00          793.29
RESURGENCE FINANCIAL LLC   UNSECURED            4934.67          .00         2951.84
PORTFOLIO RECOVERY ASSOC   UNSECURED               .00           .00             .00
NATIONAL CAPITAL MGMT LL   UNSECURED             675.11          .00          403.85
TIMOTHY K LIOU             DEBTOR ATTY        2,528.20                       2,528.20
TOM VAUGHN                 TRUSTEE                                             706.65
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             12,108.81

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     8,873.96
ADMINISTRATIVE                                2,528.20
TRUSTEE COMPENSATION                            706.65
DEBTOR REFUND                                      .00
                    ---------------        ---------------
TOTALS              12,108.81                12,108.81
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 01054 GEORGE D MCLIN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 01054 GEORGE D MCLIN